No. 07-16-00250-CR

| | | |
|---|---|---|
| Allen ODonald Nash | § | From the 9th District Court |
| Appellant | | of Montgomery County |
| | § | |
| v. | | March 29, 2017 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
| Appellee | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated March 29, 2017, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 9th District Court of Montgomery County, Texas, for further proceedings in accordance with this Court's opinion entered this day.

o O o